IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ZALDIVAR, | 1:05-CV-0783 AWI SMS P |
| Plaintiff, | |
| vs. | ORDER DENYING REQUEST TO BE SERVED AT DIFFERENT ADDRESS |
| DARREL ADAMS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights complaint, pursuant to 42 U.S.C. 1983. On July 15, 2005, plaintiff submitted a private street address, his residence address in West Covina, California to the court. Due to the fact that plaintiff remains in custody at the California Substance Abuse Treatment Facility at Corcoran, California, the court is obligated to serve plaintiff at his place of incarceration.

There is no Federal Rule of Civil Procedure or Local Rule concerning the service of Court and other legal documentation at an address other than a pro se litigant's actual address. Local Rule 7-131, Local Rule 83-182(d), and Local Rule 83-183(b) require pro se litigants to inform the Court of their addresses and to keep the Court informed of any change in their addresses. There is no authority for the proposition that a pro se litigant can simply request the Court to serve him at a

1

different address.

Moreover, service at a location other than plaintiff's place of incarceration can pose significant problems with ensuring that plaintiff receives all court documentation, meets court deadlines and prepares and signs all of his own legal documentation as a party proceeding in pro se.

Plaintiff is cautioned that pro se litigants are required to notify the Clerk and all other parties of any change of address, and absent such notice, service of documents at the prior address of the party shall be fully effective. See Local Rule 83-182(d). Moreover, plaintiff's failure to comply with an order or any Local Rule may be grounds for dismissal of the entire action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to be served at a private address outside his place of incarceration is DENIED;

2. The Clerk is directed to send to plaintiff a copy of this order and a form for notice of change of address for any future change of address plaintiff makes during the pendency of this action.

IT IS SO ORDERED.

**Dated:  July 26, 2005**            /s/ Sandra M. Snyder
b6edp0                      UNITED STATES MAGISTRATE JUDGE