UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS ZALDIVAR, | ) | 1:05-CV-00783-AWI-SMS-P |
| Plaintiff, | ) ) | ORDER DIRECTING CLERK TO CHANGE PLAINTIFF'S ADDRESS |
| v. | ) ) | |
| DARREL ADAMS, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 15, 2005, plaintiff submitted a private street address of a residence in West Covina, California, to the court. The court issued an order on July 27, 2005, denying plaintiff's request to be served at a street address, due to the fact that plaintiff was incarcerated and the request was premature.

On August 8, 2005, mail sent to plaintiff by the court was returned by the post office with a notation showing that plaintiff is now on parole. In light of the returned mail, it appears that plaintiff is now at the address he initially sought to change. Therefore, good cause appearing, IT IS HEREBY ORDERED that the Clerk of Court is directed to change plaintiff's address to 2644 Hillsborough Pl., West Covina, CA  91791.

  IT IS SO ORDERED.

**Dated:    August 17, 2005**           **/s/ Sandra M. Snyder**
b6edp0                                  UNITED STATES MAGISTRATE JUDGE