IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ZALDIVAR,

    Plaintiff,

  vs.

DARREL G. ADAMS, et al.,

    Defendants.

1:05-CV-00783-AWI-SMS-P

ORDER VACATING ORDER DIRECTING PAYMENT OF FILING FEE
(DOCUMENT #8)

    Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 15, 2005, when plaintiff filed the complaint, he was a state prisoner in the custody of the California Department of Corrections.

    On August 17, 2005, the court issued an order entitled "Order Directing Payment of Inmate Filing Fee," directing the Director of the California Department of Corrections to send payments to the court from plaintiff's inmate trust account for the $250.00 statutory filing fee for this action. A review of the record shows that on July 15, 2005, plaintiff filed a notice of change of address to a private street address, and on August 8, 2005, the court received return mail with

a notation indicating that plaintiff was on parole.  Due to the evidence that plaintiff is no longer incarcerated, the court shall vacate its order of August 17, 2005.

     Accordingly, IT IS HEREBY ORDERED that:

1. The court's order of August 17, 2005, entitled "Order Directing Payment of Inmate Filing Fee," is VACATED in its entirety;

2. The California Department of Corrections is not obligated to send any payments to the court from plaintiff's prison trust account for the filing fee for this action; and

3. The Clerk of Court shall serve a copy of this order on:

    (1) the Director of the California Department of Corrections, 1515 S Street, Sacramento, California 95814, and

    (2) the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

**Dated:   August 23, 2005**         **/s/ Sandra M. Snyder**
b6edp0         UNITED STATES MAGISTRATE JUDGE