IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS ZALDIVAR, | ) | 1:05-cv-00783-AWI-SMS-P |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO SHOW CAUSE WHY** |
| v. | ) | **ACTION SHOULD NOT BE** |
| | ) | **DISMISSED FOR FAILURE TO** |
| DARREL G. ADAMS, et al., | ) | **PROSECUTE** (Doc. 11) |
| | ) | |
| Defendants. | ) | |

Plaintiff is proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.

On August 24, 2005, the court issued an Order vacating the order directing payment of the filing fee, and served said order on plaintiff at his current residence in West Covina, CA. On September 6, 2005, the order served on plaintiff was returned by the U.S. Postal Service as undeliverable. A notation on the envelope indicated: Return to Sender - Not Deliverable as Addressed - Unable to Forward.

Pursuant to Local Rule 83-183(b), a party appearing in propria persona is required to keep the court apprised of his or

her current address at all times.  To date, plaintiff has not notified the court of any change in address or otherwise been in contact with the court.  Absent such notice, service at a party's prior address is fully effective.  <u>See</u> Local Rule 83-182(f).

Accordingly, in light of the return of Plaintiff's mail, the Court HEREBY ORDERS Plaintiff to SHOW CAUSE within THIRTY days of the date of service of this Order, why the action should not be dismissed for Plaintiff's failure to keep the court apprised of his new address and prosecute this action.

IT IS SO ORDERED.

**Dated:   September 20, 2005**              /s/ Sandra M. Snyder
icido3                                              UNITED STATES MAGISTRATE JUDGE