UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luis Zaldivar,<br>Plaintiff,<br>vs.<br>Adams, et al.,<br>Defendants. | 1:05-cv-0783-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14)<br><br>**ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT** |

Plaintiff, Luis Zaldivar ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 28, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On December 7, 2005, the Order served on Plaintiff was returned to the Court as undeliverable.

1  //

2       In accordance with the provisions of 28 U.S.C.
3  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
4  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
5  entire file, the Court finds the Findings and Recommendations to
6  be supported by the record and by proper analysis.
7       Accordingly, IT IS HEREBY ORDERED that:
8       1.   The Findings and Recommendations, issued October 28,
9  2005, are ADOPTED IN FULL;
10      2.   The Case is DISMISSED for Plaintiff's failure to
11 prosecute the action; and
12      3.   The Clerk of Court is DIRECTED to ENTER JUDGMENT in
13 accordance with this Order.
14      This Order terminates the action in its entirety.

16 IT IS SO ORDERED.

17 **Dated:   February 14, 2006**               **/s/ Anthony W. Ishii**
   0m8i78                                      UNITED STATES DISTRICT JUDGE

2